UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2007 MAR 21 A 11: 49

U.S. DISTRICT COURT
EASTERN DIST. TENN.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CASE NO. 3:07-CR-30 |
| LANDON DUVALL THOMAS ) | JUDGES Phillips / Guyton<br>GAH |

## ORDER

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-styled case, along with the Motion to Seal and this Order, be sealed by the Clerk until the defendant is brought before the Court, at which time the Indictment, Motion to Seal, and this Order shall be unsealed pursuant to this Order absent a further order by the Court.

It is further ORDERED that the United States Attorney be provided a stamp-filed copy of the Indictment, the Motion to Seal, and this Order prior to sealing.

ENTER:

_____
UNITED STATES MAGISTRATE JUDGE
3/21•7