UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No: 3:07-CR-30 |
| | ) | (PHILLIPS / GUYTON) |
| LANDON DUVALL THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of the Government's Motion to Designate Counsel of Record [Doc. 12], filed on August 6, 2007.

The motion is a motion by the Government to designate Special Assistant U.S. Attorney W. Brownlow Marsh as Lead Counsel. Assistant U.S. Attorney Tracy Stone was initially assigned to this case, but is no longer representing the Government in this case. Accordingly, the Government's Motion to Designate Counsel of Record **[Doc. 12]** is **GRANTED**. Mr. Marsh is substituted as counsel of record for the Government.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge